UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ROBERT DEFEO AND | : | |
| TONYA DEFEO | : | CHAPTER 7 |
| Debtors. | : | |

*************************************************************************

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| ROBERT DEFEO AND | : | |
| TONYA DEFEO | : | CASE NO. 5-19-01565 |
| Respondents. | : | |

*************************************************************************

## DEBTORS' ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362

*************************************************************************

AND NOW COMES, Robert and Tonya Defeo, the Debtors, and files an Answer to PennyMac Loan Services, LLC's Motion for Relief From the Automatic Stay:

1. Robert and Tonya Defeo (hereinafter the "Debtors") filed a Chapter 7 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2. Movant alleges that Debtors have failed to make post-petition mortgage payments.

3. Debtor believes that not all payments made have been credited to the account.

4. Further, Debtors are in the process of selling the real estate. The closing should take place on or before September 15, 2025. Movant will be paid from the sale of the property.

5. Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through sale of the property.

WHEREFORE, the Debtor respectfully requests that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: August 12, 2025

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ROBERT DEFEO AND | : | |
| TONYA DEFEO | : | CHAPTER 7 |
| Debtors. | : | |

*****************************************************************************

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| ROBERT DEFEO AND | : | |
| TONYA DEFEO | : | CASE NO. 5-19-01565 |
| Respondents. | : | |

*****************************************************************************
## CERTIFICATE OF SERVICE
*****************************************************************************

The undersigned hereby certifies that on August 12, 2025, he caused a true and correct copy of Debtor's Answer to Pennymac Loan Service's Motion for Relief from the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Lisa Rynard, Esq. at larynard@larynardlaw.com

Matthew Fissel, Esq. at mfissel@kmllawgroup.com

Dated: August 12, 2025                /s/Tullio DeLuca
                                       Tullio DeLuca, Esquire